AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MDL 926 Settlement Fund,

      Plaintiff(s)

      vs.

Josade Services, Inc.,

      Defendant(s)

**APPEARANCE**

CASE NUMBER   07-0188 J. RMU

To the Clerk of this court and all parties of record:

Please enter the appearance of __Ashley E. Wiggins__ as counsel in this
                              (Attorney's Name)

case for: __Josade Services, Inc., d/b/a Just Trust Solutions, Inc.__
            (Name of party or parties)

Februar 8, 2007
Date

_/s/ Ashley E. Wiggins_
Signature

481557
BAR IDENTIFICATION

Ashley E. Wiggins
Print Name

1912 Sunderland Place NW
Address

Washington, DC 20036
City    State    Zip Code

(202) 429-9000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of February, 2007 electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have served a copy of the foregoing by placing the same in First Class U.S. Mail, postage prepaid and properly addressed to the following:

Terry D. Turner, Jr., Esq.
M. Angela Parks, Esq.
GENTLE, PICKENS & TURNER
Two North Twentieth Street Building
2 North 20th Street, Suite 1200
Birmingham, AL 35203

Ashley E. Wiggins