AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MDL 926 SETTLEMENT FUND )
        Plaintiff(s) ) **APPEARANCE**
        vs. ) CASE NUMBER 07- 0188 (RMU)
JOSADE SERVICES, INC. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Maria Colsey Heard__ as counsel in this
(Attorney's Name)

case for: __MDL 926 Settlement Fund__
(Name of party or parties)

__February 20, 2007__
Date

__449677__
BAR IDENTIFICATION

_(signature)_
Signature

MARIA COLSEY HEARD
Print Name

1825 EYE STREET, NW
Address

WASHINGTON, DC  20006
City    State    Zip Code

202-420-2200
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of February 2007 electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have served a copy of the foregoing by placing the same in First Class U.S. Mail, postage prepaid and properly addressed to the following:

Ashley E. Wiggins (DC Bar #481557)
Griffin & Murphy, LLP
1912 Sunderland Place, NW
Washington, DC 20036

Patrick Patronas
Lloyd, Gray & Whitehead, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35223

*Maria Colsey Heard*
Maria Colsey Heard (DC Bar #449677)

DSMDB-2216631v01