IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MDL 926 SETTLEMENT FUND<br>500 Jefferson, Suite 1800<br>Houston, TX 77002,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSADE SERVICES, INC.<br>12501 Prosperity Lane, Suite 350<br>Silver Spring, MD 20904,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0188 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff MDL 926 Settlement Fund, represented by the undersigned counsel, voluntarily dismisses this action without prejudice. Rule 41(a)(1) permits dismissal by the plaintiff, without a court order, by filing a notice of dismissal at any time before the defendant serves an answer or a motion for summary judgment. Proceeding by notice of dismissal is proper in this case because Defendant Josade Services, Inc. has yet to file an answer or motion for summary judgment.

For the reasons stated above, Plaintiff respectfully requests that the Court accept its notice of dismissal without prejudice.

2

Dated: February 28, 2007                    Respectfully submitted,


By:     /s/
      Maria Colsey Heard (DC#449677)
      DICKSTEIN SHAPIRO LLP
      1825 Eye Street, NW
      Washington, DC  20006-5403
      (202) 420-2200

      Attorney for Plaintiff MDL 926 Settlement
      Fund

DSMDB-2216328v02

**CERTIFICATE OF SERVICE**

        I hereby certify that I have on this 28th day of February 2007 electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have served a copy of the foregoing by placing the same in First Class U.S. Mail, postage prepaid and properly addressed to the following:

        Ashley E. Wiggins (DC #481557)
        Griffin & Murphy, LLP
        1912 Sunderland Place, NW
        Washington, DC  20036

        Patrick Patronas
        Lloyd, Gray & Whitehead, P.C.
        2501 20th Place South, Suite 300
        Birmingham, AL  35223


                            /s/
                    Maria Colsey Heard (DC #449677)